**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

United States of America,

        Plaintiff,

    v.

Michael J. Crowley,

        Defendant.

Civil Action.: 1:25-cv-885 (MAD/ML)

*EX PARTE* **APPLICATION FOR WRIT OF EXECUTION**

The United States of America applies under 18 U.S.C. § 3613 and 28 U.S.C. §§ 3013, 3202, and 3203 of the Federal Debt Collection Procedures Act ("FDCPA") for the issuance of a Writ of Execution to levy property in which Defendant/Judgment Debtor MICHAEL J. CROWLEY ("Debtor") has a substantial non-exempt interest as follows:

1.      This Court entered judgment against Debtor on February 20, 2013, in the amount of $2,847,036.54. *See* Criminal Action No. 1:10-CR-317, Judgment (ECF No. 22). An Amended Judgment modifying the Restitution Order was entered by this Court on May 16, 2013, in which the amount due was amended to $2,850,036.54 (ECF No. 25). As of July 9, 2025, the outstanding balance is $2,823,587.14.

2.      Upon entry of judgment, a lien arose in the United States' favor against all of the Debtor's property and rights to property. *See* 18 U.S.C. § 3613(c). The United States has recorded its judgment lien in Schenectady County where Debtor resided at the time of judgment. *See* 18 U.S.C. § 3613(d).

3.      Debtor's full name is Michael John Crowley, Jr., his social security number is ***-**-6295 and his last known address is in Stillwater, NY 12170[1].

4.      There is or may be property in which the Debtor has possession, custody, or control and a substantial non-exempt interest, which may be levied upon for payment of the

---

[1] Pursuant to Local Rule 5.2(a), the defendant's social security number has been redacted to the last four digits and the home address has been redacted to the city and state.

judgment debt. The property is described as follows and will be referred to herein as the "Subject

Property":

**2023 Sun Tracker Sportfish 20 DLX**
**Fishing Pontoon Boat**
**HULL ID: BUJ83439H223**

**2023 GAC Trailer**
**VIN: 1G93A1829PS203012**

**1969 Lincoln Continental**
**VIN: 9Y82A856352**

5.      The FDCPA authorizes the United States to use multiple judgment collection remedies, including a writ of execution. *See* 28 U.S.C. §§ 3202, 3203.  To enforce the judgment entered against Debtor, the United States requests that a Writ of Execution be issued, pursuant to 28 U.S.C. § 3203(c), for the United States Marshals Service ("USMS") to levy the Subject Property in accordance with 28 U.S.C. §§ 3203(d) and 3102(d) and to sell the Subject Property in a commercially reasonable manner.

6.      The United States further requests, pursuant to 28 U.S.C. §§ 3013, 3102(d)(2) and 3203(g), that the Court authorize the USMS to use reasonable force, if necessary, to take possession of the Subject Property, including entering any structures (including any building, residence, garage, shed, or other structures), of the Debtor's place of business, Mr. Crowley's Auto, located at 2244 US 9, Mechanicville, NY 12118 and take possession of the Subject Property.

7.      The United States further requests that upon levy, the USMS may contract with vendors as needed to store and sell the subject property in a commercially reasonable manner. After levy of the subject property, the USMS shall return a Notice of Levy, and pursuant to 28 U.S.C. § 3202(c), the United States will serve Michael Crowley and each person whom the United States has reasonable cause to believe has an interest in the property subject to the Writ of Execution with the Application, Writ, Notice of Levy, and Clerk's Notice.

8.      Personal property may not be sold until at least 30 days after the date of levy. After the expiration of 30-day waiting period from the date of levy for the sale of personal

property, the United States will file a Notice of Sale specifying how the USMS intends to dispose of the Subject Property.

9. The United States further requests that an amount equal to the reasonable expenses incurred in making this levy of execution and in keeping and maintain the property be deducted from the proceeds of the sale of the subject property, the USMS deposit the net proceeds with the Clerk of Court, and make return of the writ detailing the net sale proceeds deposited. *See* 28 U.S.C. § 3203(h)(1)(B).

Dated: _____

Respectfully submitted,

JOHN A. SARCONE III
United States Attorney

*/s/ Melissa O. Rothbart*
MELISSA O. ROTHBART (Bar No. 700723)
Assistant United States Attorney
United States Attorney's Office
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261
Phone: (315) 448-0672
Email: Melissa.Rothbart@usdoj.gov

**SO ORDERED:**

Dated: _____, 2025

_____
UNITED STATES MAGISTRATE JUDGE