**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

United States of America,

        Plaintiff,

    v.

Michael J. Crowley,

        Defendant.

Civil Action No.:  1:25-cv-885 (MAD/ML)

***EX PARTE* WRIT OF EXECUTION**

TO:    THE UNITED STATES MARSHAL, DEPUTIES AND AGENTS:

The United States District Court for the Northern District of New York entered judgment against Defendant/Judgment Debtor MICHAEL J. CRWOLEY ("Debtor") on February 20, 2013 in the amount of $2,847,036.54. *See* Criminal Action No. 1:10-CR-317, Judgment (ECF No. 22). An Amended Judgment modifying the Restitution Order was entered by this Court on May 16, 2013, in which the amount due was amended to $2,850,036.54. This debt remains outstanding as of July 9, 2025 in the amount of $2,823,587.14.  Debtor's last known address is:

      **Michael John Crowley, Jr.**
      **Stillwater, NY 12170**

NOW, THEREFORE, YOU ARE HEREBY COMMANDED to satisfy the judgment by levying on and selling property in which Debtor has a substantial nonexempt interest, not to exceed property reasonably equivalent in value to the aggregate amount of the judgment, costs, and interest, by executing upon the following:

**<u>PERSONAL PROPERTY</u>**

**2023 Sun Tracker Sportfish 20 DLX**
**Fishing Pontoon Boat**
**HULL ID: BUJ83439H223**

**2023 GAC Trailer**
**VIN: 1G93A1829PS203012**

**1969 Lincoln Continental**
**VIN: 9Y82A856352**

YOU ARE FURTHER DIRECTED that in performing the levy, you may use reasonable force, if necessary, to take possession of the Subject Property including entering any property owned, occupied or controlled by the debtor, including the judgment-defendant's place of business located at 2244 US 9, Mechanicville, NY 12118.

YOU ARE FURTHER DIRECTED to file the Notice of Levy in the same manner as provided for judgment in 28 U.S.C. § 3201(a) and then serve a copy of the Writ and Notice of Levy on the judgment defendant and the persons who have possession of the property in the same manner that a summons in served in a civil action.

YOU ARE FURTHER DIRECTED to endorse, in the space provided below, the exact hour and date of receipt of this Writ of Execution.  You shall make a written record of every levy, specifying the property on which levy is made, the date on which levy is made, and the USMS costs, expenses and fees.

YOU ARE FURTHER COMMANDED to make return of this writ within 21 days after the date of issuance if levy is not made, or, within ten days after the date of sale of property on which levy is made.

YOU ARE FURTHER COMMANDED that the levy and sale shall not exceed property reasonably equivalent in value to the aggregate amount of the judgment, costs and interest.

Issued on the _____ day of _____, 2025.

JOHN M. DOMURAD
Clerk, United States District Court

By:    _____
Deputy Clerk

# UNITED STATES MARSHAL SERVICE'S ENDORSEMENT
## (28 U.S.C. § 3203(d)(3)(A))

| RETURN | |
|---|---|
| DATE RECEIVED<br><br>___/___/_____ | TIME RECEIVED<br><br>___/___/_____ |
| DATE OF LEVY<br><br>___/___/_____ | PROPERTY SEIZED PURSUANT TO LEVY |
| DATE OF SALE<br><br>___/___/_____ | FEES, COSTS & EXPENSES<br><br>$_____ |
| The writ was received and executed | |
| Acting U.S. MARSHAL<br>Christopher Amoia<br>100 South Clinton Street, 10th Floor<br>Syracuse, NY 13261 | By: DEPUTY U.S. MARSHAL<br><br>_____ |