**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>  v.<br><br>Michael J. Crowley,<br><br>   Defendant. | Civil Action No.:  1:25-cv-885 (MAD/ML)<br><br>**NOTICE OF LEVY** |

TO: THE ABOVE-NAMED DEFENDANT-JUDGMENT DEBTOR AND
   ALL OTHER INTERESTED PERSONS:

TAKE NOTICE that on the _____ day of _____, 20___, by virtue of a Writ of

Execution issued in the above-captioned case on the _____ day of _____, 20___, the

United States Marshal levied upon the following described property and all the right, title, and interest

of the Defendant-Judgment Debtor therein, to wit:

**2023 Sun Tracker Sportfish 20 DLX**
**Fishing Pontoon Boat**
**HULL ID: BUJ83439H223**

**2023 GAC Trailer**
**VIN: 1G93A1829PS203012**

**1969 Lincoln Continental**
**VIN: 9Y82A856352**

THE PARTIES to this action are the United States of America and Michael J. Crowley and the

amount of the United States' claim, and demand as stated in the Writ of Execution is $2,823,587.14

together with costs of this service.

Dated this _____ day of _____, 20___.

CHRISTOPHER AMOIA
Acting United States Marshal
Northern District of New York

By:_ _____
   Deputy U.S. Marshal