## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

United States of America,

        Plaintiff,

     v.

Michael J. Crowley,

        Defendant.

Civil Action No.:  1:25-cv-885 (MAD/ML)

**UNITED STATES' *EX PARTE* APPLICATION TO FILE UNDER SEAL**

Pursuant to Local Rule 5.3, the United States requests that the Court temporarily seal this case, for up to 21 days, to allow the United States Marshals Service time to execute on the subject property.

The United States requests that this case be temporarily sealed to preserve assets for crime victims.  A temporary sealing will significantly reduce the potential for the debtor to dissipate the subject assets during this brief period.

Applications for writs under the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001, *et. seq.*, may be submitted *ex parte* without notice to the judgment debtor and interested parties until after the process has been served on whomever is holding the subject property to avoid transfer or dissipation of non-exempt assets.  *See* 28 U.S.C. § 3004(c).  If this Court issues a Writ of execution, the Government will serve it on the defendant and on all interested parties, who will each have the right to request a hearing.  The Government will then cause the returns of service to be docketed.  Upon levy by the United States Marshal, the Court should lift the seal and make all filings and orders in this case available to the public.

For the foregoing reasons, the Government respectfully requests that the Court grant its Application.

Dated:  July 9, 2025

Respectfully submitted,

JOHN A. SARCONE III
United States Attorney

By:  */s/ Melissa O. Rothbart*
MELISSA O. ROTHBART (Bar No. 700723)
Assistant United States Attorney
United States Attorney's Office
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261
Phone: (315) 448-0672
Email: Melissa.Rothbart@usdoj.gov