**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| United States of America, | Civil Action No.: 1:25-cv-885 (MAD/ML) |
| Plaintiff, | |
| v. | **SEALING ORDER** |
| Michael J. Crowley, | |
| Defendant. | |

The United States has applied, pursuant to Local Rule 5.3, for an order temporarily sealing this case.

The Court determines that temporary sealing is appropriate, as it will reduce the potential of the defendant dissipating, or causing others to dissipate, the subject assets while the United States Marshals Service locates and levies upon the subject property.

IT IS THEREFORE ORDERED that this case be sealed.

IT IS FURTHER ORDERED that, upon levy, the Government shall cause the United States Marshal Service Endorsement to be docketed with the Court.

IT IS FURTHER ORDERED that, upon the earlier of the filing of the United States Marshal Service Endorsement, or 21 days, the Clerk of Court shall unseal this case unless the Marshal has failed to levy by that date.

IT IS FURTHER ORDERED that, if the Marshal fails to levy within 21 days of the date of this Order, then the Government shall have 7 days to file a status report in which it addresses both how it wishes to proceed in this case and whether an extension of the seal is appropriate.

SO ORDERED this _____ day of _____, 2025.

_____
UNITED STATES MAGISTRATE JUDGE