**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

United States of America,

          Plaintiff,

    v.

Michael J. Crowley,

          Defendant.

Civil Action No.: 1:25-cv-885 (MAD/ML)

## <u>REPORT OF SALE & ORDER</u>

Pursuant to the Writ of Execution issued by the Court on July 10, 2025, the United States Marshal, on July 11, 2025, levied on the following property in which Defendant, Michael J. Crowley, had a substantial nonexempt interest:

**2023 Sun Tracker Sportfish 20 DLX Fishing Pontoon Boat HULL ID: BUJ83439H223**

The United States Marshal contracted with Apple Auctioneering Co., to sell the property by online auction. The auction ran from September 2, 2025 to October 7, 2025. Through Apple Auctioneering Co., the United States Marshal sold to the highest bidder, all of the right, title, and interest the defendant judgment debtor had in the above-described property.

The total sale price was $22,600. The auction company incurred fees and expenses of $2,260.00 for the sale of the above-described asset. On October 17, 2025, Apple Auctioneering Co., sent a wire to the Clerk of Court for $20,340 which represented the balance of the sale proceeds. On November 18, 2025, the United States Marshals Service indicated that their total fees and expenses totaled $3,800.00. Said fees and expenses represent the towing and storage fees that the United States Marshals Service incurred.

IT IS ORDERED that the Clerk of Court return $3,800.00 of the $20,340 received from Apple Auctioneering Co. to the United States Marshals Service via wire, representing the fees and expenses incurred by the Marshals Service.

Dated: __November 24__, 2025

**SO ORDERED.**

_____
Hon. Mae A. D'Agostino
United States District Judge