

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

**Asset Recovery Unit | Financial Litigation Program**

*Phone:  (866)-897-0464*
*E-Mail:  USANYN.FLP@usdoj.gov.*

☒ *Albany Office:*
*445 Broadway, Room 218*
*James T. Foley U.S. Courthouse*
*Albany, New York 12207-2924*

*Fax: (518) 431-0249*

☐ *Syracuse Office:*
*100 S. Clinton Street, P.O. Box 7198*
*James M. Hanley Federal Building*
*Syracuse, New York 13261-7198*

*Fax: (315) 448-0646*

January 15, 2026

Hon. Mae A. D'Agostino
U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Re:    *United States v. Michael J. Crowley*
         Civil Action No. 1:25-cv-885 (MAD/ML)

Dear Judge D'Agostino:

Pursuant to the Writ of Execution issued by the Court on July 10, 2025, the United States Marshal, on July 11, 2025, levied on the following property in which Defendant, Michael J. Crowley, had a substantial nonexempt interest:

**2023 GAC Trailer, VIN: 1G93A1829PS203012**

The United States Marshal contracted with Apple Auctioneering Co., to sell the property by online auction. The auction ran from December 22, 2025 to January 5, 2026. Through Apple Auctioneering Co., hereinafter ("Apple") the United Staes Marshal sold to the highest bidder, all of the right, title, and interest the defendant judgment debtor had in the above-described property.

The total sale price was $2,500. The auction company incurred fees and expenses of $250 for the sale of the above-described asset. On January 14, 2026, the United States Marshals Service indicated that their total fees and expenses totaled $4,700. Said fees and expenses represent the towing and storage fees that the United States Marshals Service incurred in connection with this matter. As such, there are no proceeds available for the Marshal to provide to the Clerk.

Sincerely,

/s/
TODD BLANCHE
Deputy Attorney General

JOHN A. SARCONE III
Acting United States Attorney

By:   */s/ Melissa O. Rothbart*
Melissa O. Rothbart
Assistant United States Attorney
Bar Roll No. 700723